| | |
|---|---|
| **U.S. Department of Justice**<br>Washington, D.C. | **Criminal Docket**<br>Presented in Corpus Christi |

CORPUS CHRISTI Division

Magistrate No.: C-21-1026M

File: INDICTMENT

Filed: September 8, 2021

County: Kenedy

LIONS#: 2021R06455

CR. No.: **C-21-790**

Judge: **Judge David S. Morales**

Attorneys:

United States of America

v.

MIGUEL JAIME LOPEZ

CATARINO RODRIGUEZ III

JENNIFER B. LOWERY, ACTING U.S. ATTORNEY
JOHN G. MARCK, ASST. U.S. ATTORNEY
GRAND JURY ACTION         APP'D   RET

PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s): Ct. 1: (Both Defendants) Did knowingly and intentionally conspire to transport an undocumented alien within the United States: 8 USC 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).
Ct. 2: (Both Defendants) Did transport, move, attempt to transport, and attempt to move an undocumented alien within the United States:
8 USC 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), 1324(a)(1)(B)(ii); 18 USC 2(a).

Penalty: Ct. 1: Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; a $100 Special Assessment, and an additional $5,000 Special Assessment.
Ct. 2: Not more than 5 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; a $100 Special Assessment; and an additional $5,000 Special Assessment.

In Jail: XXX (Both Defendants)

On Bond: _____

No Arrest: _____